

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Diane Lee,

Vs. No. 11-22-00201-CV

Bobby Hoover,

* From the 266th District Court
of Erath County,
Trial Court No. CV35770.

* October 5, 2023

* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's award of attorney's fees, we vacate that portion of the trial court's order, and we remand this issue to the trial court for further consideration or redetermination of attorney's fees. In all other respects, we affirm the trial court's order. The costs incurred by reason of this appeal are taxed 50% against Diane Lee, and 50% against Bobby Hoover.